**2014–1206. O'Neal v. Kelly.**
Lorain App. No. 14CA010580. This cause is pending before the court as an appeal from the Court of Appeals for Lorain County.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the clerk of the Court of Appeals for Lorain County.

## CASE ANNOUNCEMENTS

*July 31, 2014*

[Cite as *07/31/2014 Case Announcements*, 2014-Ohio-3318.]

## MOTION AND PROCEDURAL RULINGS